421885

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 02-CV-378 PAM / JRN **Case Title:** NetBank, Inc. et al. v. Riverbank, The

**Affidavit of Movant**

I, Dean C. Eyler, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Elizabeth Ann Morgan, an attorney admitted to practice in the Northern District of Georgia, but not admitted to the bar of this court, who will be counsel for the (x)plaintiff ( )defendant NetBank, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature [signature]    267491 MN Attorney License #    2/26/02 Date

**Affidavit of Proposed Admittee**

I, Elizabeth Ann Morgan, am currently a member in good standing of the U.S. District Court for the Northern District of Georgia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Elizabeth Ann Morgan Type/Print Name    Signature [signature]    Feb 25, 2002 Date

Attorney License Number: 522,206

Law Firm Name & Address: Powell Goldstein Frazer & Murphy
191 Peachtree Street, NE, Sixteenth Floor
Atlanta, GA 30303

Telephone: (404) 572-6654

Motion Granted: [signature]    FEB 27 2002
For the Court: Richard D. Sletten, Clerk    Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED FEB 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK