UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THE RIVERBANK,

Plaintiff,

ORDER

v.

Civil No. 02-236(ADM/AJB)

NETBANK, INC., and NETBANK,

Defendants.

---

NET.B@NK, INC., and NET.B@NK,

Plaintiffs,

v.

Civil No. 02-378(PAM/SRN)

THE RIVERBANK,

Defendants.

---

Case No. 02-236(ADM/AJB) having been assigned to Judge Ann D. Montgomery and Case No. 02-378(PAM/SRN) having been later assigned to Judge Magnuson, said matters being related cases;

IT IS HEREBY ORDERED that Case No. 02-378 be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of a card on the Patent list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: March 29, 2002

JUDGE PAUL A. MAGNUSON
UNITED STATES DISTRICT COURT

Dated: April 1, 2002

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED APR 0 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______