**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

NETBANK, INC., and NETBANK,

Plaintiffs,

v.

THE RIVERBANK,

Defendant.

Court File No. 02-CV-378 (ADM/AJB)

**AGREED ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE**

THIS CAUSE is before the Court upon Plaintiffs NetBank, Inc. and NetBank's Motion to Strike Portions of Paragraph 19 of Defendant's Answer.

Upon agreement of the parties,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs NetBank, Inc. and NetBank's Motion to Strike Portions of Paragraph 19 of Defendant's Answer ("Plaintiffs' Motion to Strike") is **GRANTED**.

2. The language contained in Paragraph 19 that Plaintiffs request be stricken is hereby stricken.

3. Defendant The RiverBank shall have five (5) days to file an amended Answer and Counterclaims in accordance with this Order.

4. Each party shall bear its own costs and attorney fees associated with the Plaintiffs' Motion to Strike.

Doc# 1540574\2

APR 17 2002
FILED
RICHARD D.
JUDGMENT ENTD
DEPUTY CLERK

Dated this 16th day of April, 2002.

**BY THE COURT:**

Arthur J. Boylan
United States Magistrate Judge

Stipulated and Agreed:

Elizabeth C. Buckingham (0243152)
Dean C. Eyler (267491)
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600
(612) 340-2868 (facsimile)

Local Counsel for Plaintiffs

Elizabeth Ann Morgan (admitted pro hac vice)
Georgia Bar No. 522206
Bradley W. Grout (admitted pro hac vice)
Georgia Bar No. 313950
Ryan T. Pumpian (admitted pro hac vice)
Georgia Bar No. 589822
POWELL, GOLDSTEIN, FRAZER
& MURPHY LLP
191 Peachtree Street, N.E.
Sixteenth Floor
Atlanta, Georgia 30303
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

Attorneys for Plaintiffs NetBank, Inc. & NetBank

Bruce H. Little (17421X)
Marc A. Al (247923)
LINDQUIST & VENNUM P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
(612) 371-3211
(612) 371-3207 (facsimile)

Attorneys for Defendant The RiverBank