UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NETBANK, ET AL.,

Plaintiffs,

v.

THE RIVERBANK,

Defendant.

Case No. 02-378 ADM/AJB

NOTICE OF SETTLEMENT CONFERENCE

---

A settlement conference will be held on **May 6, 2002, at 9:00 a.m.**, in Room 638 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

Dated: 4/23/02

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed APR 23 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________