UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| NETBANK, INC. and NETBANK, Plaintiffs, v. THE RIVERBANK, Defendant. | ) | CIVIL ACTION FILE NO. 02-CV-378 (ADM/AJB) |

**CONSENT JUDGMENT DISMISSING ACTION AND INCORPORATING SETTLEMENT AGREEMENT**

WHEREAS Plaintiffs NetBank, Inc. and NetBank, (collectively, "Plaintiffs") filed a complaint against Defendant The RiverBank on August 21, 2000 in the United States District Court for the Northern District of Georgia, for damages, preliminary and permanent injunctive relief, and declaratory relief under the Lanham Act, 15 U.S.C. §§ 1051-1127, the Declaratory Judgment Act, 28 U.S.C. § 2201, Georgia statutory law, and principles of common law;

WHEREAS the action was subsequently transferred to the United States District Court for the District of Minnesota;

WHEREAS Plaintiffs and Defendant have agreed to compromise and settle this case;

WHEREAS Plaintiffs and Defendant have entered into a Settlement Agreement and Mutual Release effective as of May 6, 2002 (hereinafter "Settlement Agreement"), the terms of which are incorporated herein by reference; and

JUL 1 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS Plaintiffs and Defendant have consented to the entry of this Consent Judgment Dismissing Action and Incorporating Settlement Agreement (hereinafter "Consent Judgment").

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over Plaintiffs and Defendant and over the subject matter of this action. Venue is proper in the District of Minnesota.

2. This action against Defendant, together with Defendant's counterclaims asserted against Plaintiff, is hereby dismissed with prejudice under the terms and conditions set forth herein and in the Settlement Agreement executed by the parties.

3. Plaintiffs own all right, title and interest in and to the federal service mark registration for NETBANK®, U.S. Registration No. 1,913,750, registered August 22, 1995.

4. Plaintiffs validly acquired the NETBANK® mark by assignment with all associated good will from Software Agents, Inc. This assignment has been duly and properly recorded in the United States Patent and Trademark Office ("PTO").

5. Plaintiffs' Section 8 and 15 Affidavits of continuous use in commerce were validly filed with the PTO on August 22, 2000, and accepted by the PTO so that Plaintiffs' rights in the NETBANK® mark are incontestible.

6. Plaintiffs additionally have common law rights in the NETBANK® mark that extend beyond the goods and services designated in the registration and which encompass Plaintiffs' goods and services in the banking and financial products arena.

7. Plaintiffs also have all right, title and interest in and to Georgia Service Mark Registration No. S-19004 for "NETBANK" in connection with "Internet banking, financial and investment services."

8. Plaintiffs' trademark and service mark rights also extend to and include the domain name "netbank.com."

9. Jurisdiction over Plaintiffs and Defendant is retained by the Court for the purpose of enforcing the terms and covenants contained in the Settlement Agreement and for entry of appropriate relief from and punishment of violations of the Settlement Agreement.

10. Each of the parties shall bear its own attorneys' fees and other costs.

11. This Consent Judgment is and shall be binding upon Plaintiffs and Defendant and upon their successors and assigns.

12. Plaintiffs and Defendant represent to the Court that the person executing this Consent Judgment on their behalf is authorized to do so.

IT IS SO ORDERED, this 17th day of July, 2002.

U.S. District Judge Ann D. Montgomery
United States District Court

The foregoing Consent Judgment is hereby consented to by the parties bound thereby, as witnessed by the signatures of their duly authorized officers set forth below.

NETBANK, INC.

By: [signature]

Name: Charles E. Mapson

Title: Chief Legal Executive

Date: 6/5/02

NETBANK

By: [signature]

Name: Charles E. Mapson

Title: ~~Chief Legal Executive~~ General Counsel and Secretary

Dated: 6/5/02

THE RIVERBANK

By: [signature]

Name: Craig Danielson

Title: Chief Executive Officer

Date: 7/15/02

::ODMA\PCDOCS\ATL\577036\1